SEALED
s/ AlexandraSudan

ORDERED UNSEALED on 01/30/2024 s/ Alexandra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LEWIS WARD,<br>Defendant. | Case No.: **24mj0256-BLM**<br>COMPLAINT FOR VIOLATION OF:<br>Title 18, U.S.C. § 922(g)(1) – Felon in Possession of Ammunition; Title 18, U.S.C. § 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about November 7, 2023, within the Southern District of California, defendant LEWIS WARD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition that traveled in and affected interstate commerce, to wit: Aguila .22 caliber ammunition; in violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO

On or about January 16, 2024, within the Southern District of California, defendant LEWIS WARD, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded HK MP5 .22 caliber firearm bearing serial number HR015960; in violation of Title 18, United States Code, Section 922(g)(1).

AUSTIN SAILOR
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ___ day of January 2024.

**Jan 26, 2024**

Barbara L Major
_______________________________
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

**November 17, 2023: WARD arrested in possession of .22 caliber ammunition.**

On November 17, 2023, at approximately 10:37 a.m., a San Diego Sheriff's Department Officer observed a black BMW with California license plate 8TTX997 stopped on the east shoulder of northbound State Route 79, which is within the Southern District of California. An inquiry of the BMW license plate returned as unconfirmed stolen out of Pauma Valley, California. Derrick Ward was listed as the victim in relation to the stolen BMW. The Officer then positioned his vehicle behind the BMW and observed it was locked and unoccupied. The Officer attempted to contact Derrick Ward but the listed number was not in service. Due to an inability to contact the victim and the BMW being unoccupied, the Officer had the BMW towed in accordance with VC 22651.

As the Officer waited for the tow vehicle to arrive, an individual the Officer recognized from prior encounters as Lewis WARD, was observed walking on the State Route 79 shoulder toward the BMW and holding a red gas can. WARD told the Officer he was putting gas in the BMW and that Derrick Ward (WARD's brother) sold WARD the BMW. The Officer advised WARD the vehicle was reported stolen and placed WARD under arrest. A computer inquiry of WARD revealed an outstanding felony parole warrant.

A search of WARD incident to arrest revealed a glass pipe and three (3) rounds of .22 caliber Aguila ammunition in WARD's pants pocket.

The Aguila ammunition was seized and inspected. Preliminary checks revealed that the ammunition was not manufactured in California. Therefore, the ammunition traveled in and/or affected interstate commerce by being brought into the state of California following its manufacture.

**January 16, 2024: WARD arrested in possession of a loaded .22 caliber firearm.**

On January 16, 2024, at approximately 9:25 a.m., a San Diego Sheriff's Department Officer observed an individual later identified as Lewis WARD slumped over the steering wheel of a Toyota Camry stopped on the shoulder of State Route 78 near the Gliderport air strip, which is within the Southern District of California. The Officer positioned his patrol

vehicle behind the Toyota to conduct a welfare check and WARD then exited the Toyota.

The Officer recognized WARD from prior interactions and arrests, and knew WARD had previously been convicted of a felony crime. The Officer asked WARD if he had any outstanding warrants or weapons. WARD stated he did not have any weapons on him, but stated that there was a firearm in the backseat of the Toyota. A records check revealed WARD was on parole and had valid fourth waiver in all areas. A search of the vehicle revealed a backpack containing a HK MP5 .22 caliber semiautomatic firearm bearing serial number HR015960. Also inside the backpack were two high-capacity magazines of compatible .22 caliber ammunition and a silencer.

WARD has the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 1/23/2018 | CASC – Vista | Cal. PC § 236/237, False Imprisonment | 8 months jail |
| 1/23/2018 | CASC –Vista | Cal. HS § 11379, Transportation of Controlled Substance | 2 years jail |
| 7/21/2022 | CASC – San Diego | Cal. PC § 246.3(A), Willful Discharge of Firearm with Gross Negligence; Cal. PC § 29800(A)(1), Felon/Addict in possession of Firearm | 16 months jail |

The HK firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearm traveled in and/or affected interstate commerce by being brought into the state of California following its manufacture.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of

the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.